THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY<br>AKA JEREMY BRYAN BARNEY<br>RANDALL ENSLOW DURELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROSA,<br><br>　　　　　　Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:26-CV-41-AMA<br><br>District Judge Ann Marie McIff Allen |

In this prisoner civil action, on June 4, 2026, the Court ordered "that Plaintiff has thirty days in which to SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to ensure payment of" his initial partial filing fee of $2.30. Dkt. No. 6. Plaintiff has still not paid the initial partial filing fee and was last directly[1] heard from on April 10, 2026, the day he filed this action--nearly three months ago. Dkt. No. 1.

IT IS THUS ORDERED that this action is DISMISSED without prejudice for failure to follow the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 9th day of July, 2026.

BY THE COURT:

ANN MARIE MCIFF ALLEN
United States District Judge

---

[1]The financial certificate received on May 1, 2026 was sent by Utah Department of Corrections' inmate-account office. Dkt. No. 5.